USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN HENSLEY & ANTONIA HENSLEY,

               Plaintiffs,

      -against-                   09 Civ. 8283 (DAB)
                                               ORDER

DZAMIC RADENKO, et al.,

               Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Complaint in this action was filed on September 23, 2008 in the Supreme Court of the State of New York, Dutchess County. It was then removed by Defendants to the Southern District of New York on September 24, 2009. Pursuant to Rule 23 of the Rules for Division of Business Among District Judges of the Southern District of New York, actions removed from state court in any county other than New York or Bronx Counties "will be assigned to White Plains."

     Accordingly, subject to the approval of the Assignment Committee, this case is hereby transferred to the Southern District of New York at White Plains.

The Clerk of the Court is hereby ordered to mail to the Clerk's Office of the Southern District of New York at White Plains: (1) a certified copy of this Order and of the docket entries in this case, and (2) the originals of all papers on file in this action.

SO ORDERED.

Dated:   New York, New York
         November 12, 2009

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge